# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

IPC International Corporation

                                   Plaintiff,

v.                                                              Case No.: 1:12–cv–07294

                                                                            Honorable Edmond E. Chang

Liberty Mutual Insurance Company, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 12, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Motion by Peter Halprin and Alexander Hardiman to appear pro hac vice [10 and 11] on behalf of the plaintiff is granted. Motion by Frank Falzetta to appear pro hac vice [12] on behalf of defendant Liberty Mutual Insurance Company is granted. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.