# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:    12-cv-07294

IPC International Corporation v. Liberty Mutual Insurance Company, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance of Wausau A Mutual Company, Wausau General Insurance Company, Wausau Underwriters Insurance Company, and Wausau Business Insurance Company

NAME (Type or print)
Michael L. McCluggage

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
          s/Michael L. McCluggage

FIRM   Edwards Wildman Palmer LLP

STREET ADDRESS   225 W. Wacker Drive, Suite 2800

CITY/STATE/ZIP   Chicago, IL 60606-1229

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   1820966          TELEPHONE NUMBER   (312) 201-2548

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "**N**")

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "**Y**" or "N")

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "**Y**" or "N")

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "**N**")

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                              APPOINTED COUNSEL