**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IPC International Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance of Wausau A Mutual Company, Wausau General Insurance Company, Wausau Underwriters Insurance Company, and Wausau business Insurance Company, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:12-cv-07294<br><br>Judge Edmond E. Chang<br><br>Mag. Judge Susan E. Cox |
| Defendants. | | |

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION TO**
**EXTEND THE TIME TO RESPOND TO PLAINTIFF'S**
**COMPLAINT AND TO MODIFY OTHER CALENDAR DATES**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Tuesday, October 23, 2012, at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Edmond E. Chang or any judge sitting in his stead, in Room 1403 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Complaint and to Modify Other Calendar Dates**, a copy of which is hereby served upon you.

Respectfully submitted,

EDWARDS WILDMAN PALMER LLP

s/ Lisa S. Simmons
Lisa S. Simmons (#6192809)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2503
FAX: (312) 201-2555

SHEPPARD MULLIN RICHTER
 & HAMPTON LLP
Frank Falzetta (admitted pro hac vice)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
(213) 620-1780

Counsel for:
Liberty Mutual Insurance Company, Liberty Mutual
Fire Insurance Company, Liberty Insurance
Corporation, The First Liberty Insurance
Corporation, Employers Insurance of Wausau A
Mutual Company, Wausau General Insurance
Company, Wausau Underwriters Insurance
Company, and Wausau business Insurance
Company,

## **CERTIFICATE OF SERVICE**

      I, Lisa S. Simmons, an attorney, hereby certify that on the 18th day of October, 2012, a true and correct copy of **Notice of Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Complaint and to Modify Other Calendar Dates**, was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.


                                            s/Lisa S. Simmons
                                            Lisa S. Simmons