## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

IPC International Corporation

                      Plaintiff,

v.

Liberty Mutual Insurance Company, et al.

                      Defendant.

Case No.: 1:12–cv–07294
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 22, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Application by James Mcshane to appear pro hac vice [17] on behalf of all defendants is granted. Defendants' unopposed extension motion [15] to answer or respond is granted to 11/06/12, to enable the parties to investigate corporate citizenship for diversity jurisdiction purposes. Status hearing of 10/29/12 is reset to 11/19/12 at 8:30 a.m. The joint written status report is due 2 business days in advance of the new status date. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.